USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 06/07/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JENISA ANGELES,** *on behalf of herself and all others similarly situated*,

         **Plaintiff,**

-against-

**OAK VIEW GROUP, LLC,**

         **Defendant.**

**1:21-cv-2601 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    June 7, 2021
           New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**